**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry Kenneth SPEED, a/k/a Kenny Speed, a/k/a Kenneth Richard Godfrey, Defendant–Appellant.**

No. 02–7912.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

Larry Kenneth Speed, Appellant Pro Se. Laura P. Tayman, Office of the United States Attorney, Norfolk Virginia, for Appellee.

Before NIEMEYER, GREGORY and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry Speed seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2000) motion. An appeal may not be taken from the final order in a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Speed has not made the requisite showing. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*